914

*A. M. Gee* for respondents.

No. 491. Lee Fong Fook *v.* Wixon, District Director, Immigration & Naturalization Service. C. A. 9th Cir. Certiorari denied. *Gus C. Ringole* for petitioner. *Solicitor General Perlman* and *Robert S. Erdahl* for respondent.

No. 492. Knowles et al. *v.* War Damage Corporation. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Philip W. Amram, James M. Carlisle* and *Ward M. French* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Edward H. Hickey* and *Cecelia H. Goetz* for respondent.

No. 501. Wolfe *v.* Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied. *Robert H. Montgomery* and *James O. Wynn* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Morton K. Rothschild* for respondent.

No. 508. Marris *v.* Sockey. C. A. 10th Cir. Certiorari denied. *H. A. Ledbetter* and *Guy H. Sigler* for petitioner. *Jack T. Conn* for respondent.

No. 484. Sharble et al. *v.* Kuehnle-Wilson, Inc. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied for the reason that application therefor was not made within the time provided by law. 28 U. S. C. § 2101 (c). *John H. Hoffman* for petitioners. *Joseph W. Henderson* and *George M. Brodhead* for respondent.